UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE DAVIS,

        Plaintiff,

v.                                                      Case No. 12-15403
                                                      Hon. Lawrence P. Zatkoff

UNKNOWN KOHLOF, et al,

        Defendants.
_____/

OPINION AND ORDER OF SUMMARY DISMISSAL WITHOUT PREJUDICE

This is a civil rights complaint filed under 42 U.S.C. § 1983. Plaintiff George Davis, who is incarcerated in a Michigan prison, filed his pro se complaint, asserting that sixteen named defendants failed to protect him from other prisoners.

On January 10, 2013, the Court issued an Order to Correct Deficiency, because Plaintiff failed to file sufficient copies of his complaint for service. The Court required Plaintiff to correct the deficiencies by February 11, 2013, and cautioned that if he failed to do so, then the Complaint would be subject to dismissal for want of prosecution.

On March 4, 2013, Plaintiff filed a motion for appointment of counsel, but he has still failed to correct the deficiency and file sufficient copies of the complaint for service. The time for correcting the deficiencies has elapsed.

Accordingly, IT IS ORDERED that Plaintiff's complaint [dkt. # 1] is DISMISSED WITHOUT PREJUDICE for want of prosecution.

                                                        S/Lawrence P. Zatkoff
                                                        Hon. Lawrence P. Zatkoff
                                                        United States District Judge

Dated: March 8, 2013